AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 28 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America<br>v.<br>Bilal Al-Rayanni<br><br>_____<br>*Defendant* | ) ) ) Case No. 4:19-MJ-00168 PSH ) ) ) ) |

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 08 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Bilal Al-Rayanni,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Statement in Passport Application, in violation of Title 18, United State Code, Section 1542.

Date: 06/28/2019

_____
*Issuing officer's signature*

City and state: Little Rock, AR

Patricia Harris, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-28-2019, and the person was arrested on *(date)* 6-28-2019
at *(city and state)* MARION, AR.

Date: 7-1-2019

_____
*Arresting officer's signature*

THOMAS JOHNSON  SPECIAL AGENT
*Printed name and title*